# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-4546

———————————————

MICHAEL A. GOSHAY,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

———————————————

Petition for Belated Appeal – Original Jurisdiction.

February 28, 2018

PER CURIAM.

In light of this Court's denial of Petitioner's previous petition for belated appeal in *Goshay v. State*, 156 So. 3d 1078 (Fla. 1st DCA 2014), the petition for belated appeal filed October 30, 2017, is dismissed as successive. *See* Fla. R. App. P. 9.141(c)(6)(C).

WETHERELL, ROWE, and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Michael A. Goshay, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.